UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RICKEY T. DOWELL, | ) | No. CV 10-01166-AHM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: November 3, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE